# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# DAYTON DIVISION

In re:

Troy Toves
Eva Toves       Debtors

)
)
)
)
)
)
)

CASE NO.: 10-33296

JUDGE:     Lawrence S. Walter

CHAPTER 7

## NOTICE OF MOTION FOR RELIEF FROM STAY
## 2001 LIBERTY HERITAGE MANUFACTURED HOME

Vanderbilt Mortgage and Finance, Inc. has filed papers with this court requesting relief from the automatic stay imposed by Section 362 of the Bankruptcy Code.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have and attorney, you may wish to consult one.

If you do not want the court to grant the relief requested in the motion/objection, then **on or before twenty-one (21) days from the date set forth in the certificate of service for the motion/objection,** you must:

    (1)     File with the court a response explaining your position by mailing your response by regular U.S. Mail to:

             United States Bankruptcy Court
             Southern District of Ohio
             Dayton Office
             120 West Third Street
             Dayton, Ohio 45402

    (2)     Your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date above.

You must also send a copy of your response either by:

    (1)     The court's ECF system

Alexander G. Barkan
Liken & Blomquist, P.A.
3700 Corporate Dr., Suite 120
Columbus, OH 43231

Duane Goettemoeller
126 North Main Avenue
P.O. Box 987
Sidney, Oh 45365

Roger Luring
314 West Main Street
Troy, OH 45373

Office of the U.S. Trustee
170 North High Street
Suite 200
Columbus, OH  43215

(2)     Regular U.S. Mail to:

Troy Toves
2020 Loy Road
Ft. Loramie, OH 45845

Eva Toves
2020 Loy Road
Ft. Loramie, OH 45845


If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief.

Date: May 27, 2010

RESPECTFULLY SUBMITTED

**/s/ Alexander G. Barkan**
Alexander G. Barkan (0009370)
Likens & Blomquist, PA
3700 Corporate Drive, Suite 120
Columbus, OH 43231
(614) 818-2573 Phone
(614) 818-2592 Fax
abarkan@likensandblomquist.com
Attorney for the Movant

*Notice of MFRS –L     OH10-AGB*

# CERTIFICATE OF SERVICE

      I hereby certify that on **May 27, 2010**, a copy of the foregoing Notice of Motion for Relief from Stay was served on the following registered ECF participants, **electronically** through the court's ECF System at the e-mail address registered with the court:

      Alexander G. Barkan
      Liken & Blomquist, P.A.
      3700 Corporate Dr., Suite 120
      Columbus, OH 43231

      Duane Goettemoeller
      126 North Main Avenue
      P.O. Box 987
      Sidney, Oh 45365

      Roger Luring
      314 West Main Street
      Troy, OH 45373

      Office of the U.S. Trustee
      170 North High Street
      Suite 200
      Columbus, OH  43215

and on the following by **ordinary U.S. mail** addressed to:

      Troy Toves
      2020 Loy Road
      Ft. Loramie, OH 45845

      Eva Toves
      2020 Loy Road
      Ft. Loramie, OH 45845

                                      **/s/ Alexander G. Barkan**
                                      Alexander G. Barkan (0009370)